**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00282-CMA-KMT

STEVE BRYANT, an individual,

    Plaintiff,

v.

EDWARD D. JONES & CO., a Missouri limited partnership

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 47), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  December 16, 2015

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge